UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EPHRAIM WEISSMANDL, RIVKA
WEISSMANDL AND CHAMPION DC,
INC.,

                                  Plaintiffs,

                     -against-

THE COUNTY OF ROCKLAND, THE COUNTY
OF ROCKLAND HEALTH DEPARTMENT,
EDWIN J. DAY, as Rockland County Executive,
PATRICIA S. RUPPERT, DO, MHP, CEP, DAMFM,
FAA, as Commissioner, JOHN G. STOUGHTON,
as Senior Public Health Sanitarian and "JOHN DOES
AND JANE DOES 1-10",

                                  Defendants.
-------------------------------------------------------------------------X

**ORDER TO SHOW
CAUSE**

**Civ. No. 18 cv. 6743 (VJB)**

**ECF CASE**

      Upon the affidavit of Mary E. Brady Marzolla, sworn to the 18th day of January, 2019, and upon the copy of the Complaint hereto annexed, it is

      ORDERED, that the Plaintiffs, Ephraim Wessmandl, Rivka Wessmandl, and Champion DC, Inc., and the above named defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 on _____ _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Local Rule 1.4 relieving and discharging the law firm of Feerick Nugent & MacCartney PLLC, f/k/a Feerick Lynch MacCartney & Nugent PLLC attorneys of record for Plaintiffs, Ephraim Wessmandl, Rivka Wessmandl, and Champion DC, Inc., herein; and it is further

      ORDERED that pending the hearing and determination of this motion and all proceedings in this action are stayed for 30 days after the determination of this application so as

to permit Plaintiffs, Ephraim Wessmandl, Rivka Wessmandl, and Champion DC, Inc., the opportunity to retain new counsel; and it is further

ORDERED that service of copy of this Order and annexed Affidavit upon Plaintiffs, Ephraim Wessmandl, Rivka Wessmandl, and Champion DC, Inc., and the Defendants' counsel by e-mail and first class mail on or before _____ o'clock in the _____ noon, _____, shall be deemed good and sufficient service thereof.

ORDERED that opposition papers shall be filed by: _____.

DATED:      White Plains, New York

                                        _____
                                           United States District Judge