EXHIBIT "C"

# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

DONALD J. FEERICK, JR.
BRIAN D. NUGENT*
J. DAVID MacCARTNEY, JR.
MARY E. MARZOLLA*

OF COUNSEL
DONALD J. ROSS
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

ROCKLAND COUNTY OFFICE
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000   FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnmlawfirm.com

*All correspondence must be sent to Rockland County Office*

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
JOHN J. KOLESAR III
PATRICK J. McGORMAN

*LICENSED ALSO IN NEW JERSEY
+LICENSED ALSO IN CONNECTICUT

January 3, 2019

**_Via ECF Only_**
Judge Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Courtroom 630
White Plains, NY 10601

Re:   Weissmandl v. The County of Rockland, et al.
      SDNY Docket No. 18 cv-6743

Dear Judge Briccetti:

We respectfully submit this correspondence to request a three week adjournment of all pending deadlines, including the January 4, 2019 Joint Settlement Letter and the January 15, 2019 Interrogatories, due to our intention to voluntarily withdraw as counsel of record as set forth below. Defense counsel has graciously consented to the requested adjournment.

Without disclosing confidential client information, such application would be made on multiple grounds pursuant to Local Rule 1.4 and no-harm would be associated with a voluntary withdrawal at this early stage since the primary attorney, Dennis E.A. Lynch, Esq., who handled the file has left the firm and that attorney or another may be available to the clients to assume the file. We have reached out to the Plaintiffs in writing and via phone now that the primary attorney has left and have made Plaintiffs hard and electronic files available, but we have not heard back from them. Accordingly, we respectfully request this adjournment to allow opportunity to confer with Plaintiffs (should they wish to confer with our Office), to allow Plaintiffs the opportunity to meaningfully participate and proceed in this matter, and/or permit an application to voluntarily withdraw as counsel.

No prior request for adjournment of these dates is reflected on the Docket. Thank you for Your Honor's consideration of our application.

Respectfully submitted,

Mary E. Brady Marzolla

cc:   Bleakley, Platt & Schmidt, LLP (via ECF)
      County of Rockland, Dept. of Law (via ECF)