

# BLANCHARD & WILSON LLP

January 30, 2019

*Via ECF*
The Honorable Vincent L. Briccetti, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                                Re:  Weissmandl v. County of Rockland
                                     Docket No. 18-cv-6743 (VB)

Dear Judge Briccetti:

      This letter is in response to your Order of January 24, 2019. Having practiced before this Court for a considerable time, this Court may know that I have never failed to appear at a Court Conference that I had notice of. The fact that I was not at this Conference before Your Honor on January 24, 2019 is that I had no notice of the Conference. Nevertheless, I apologize for any inconvenience to this Court.

      Since December 15, 2018 I physically relocated my Law Practice after withdrawing as a Partner in Feerick Lynch MacCartney & Nugent Law Firm (now Feerick Nugent & MacCartney). My prior Law Firm remains the Attorneys of Record on this matter, not myself individually nor my new Law Firm. When I left my prior Law Firm I did not bring this case with me. Therefore, I had no right to appear nor could appear on this matter. For whatever reason, my prior Law Firm did not forward to my current e-mail address notice of the January 24, 2019 Conference. So, e-mails that are addressed to my prior Law Firm ECF e-mail address are not received by me. Additionally, while my prior Law Firm knew as of December 15, 2019 of my current e-mail address of Dennislynchesq@gmail.com, no notice of that January 24, 2019 Court Conference was provided to me at my current e-mail address.

      As the Affidavit of Service of your January 24, 2019 Order confirms, that Order was sent to my current e-mail address and I therefore am aware of your Decision and I am herewith responding to it. I thank the Court for its consideration of this matter and again express my apology for any inconvenience the Court may have experienced for me not attending a Court Conference that I had no notice of at all. Finally, I have no objection to any Motion to be relieved by Attorney Brady.

                                                      Very truly yours,

Cc: All Counsel of Record                    Dennis E. A. Lynch

          235 Main Street, Suite 330, White Plains, NY 10601
                P (914) 5827809, BlanchardWilson.com