

March 3, 2019

Fax: 914-390-4170

Hon. Vincent L. Briccetti
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re: Weissmandl v. County of Rockland
        Docket No. 18-cv-6743 (VLB)

Dear District Judge Briccetti:

    We are the Plaintiffs in this matter. We write to advise as of this date we have not been able to retain new counsel. We would ask this Court for 90 days to retain new counsel or proceed to represent ourselves if we have no other choice. We wish to advise this Court that we have communicated previously with Attorney Marzolla to tell her that due to financial and personal reasons since this case started we have not been able to pay her Firm's Bills, but wanted to work out a way of continuing if possible. We do wish to advise this Court that we have paid Attorney Marzolla's Firm $25,000 for services rendered previously. So, we did not start upon this case without making a substantial financial commitment. Finally, we have no objection for Attorney Marzolla's Law Firm being relieved as they clearly do not wish to continue. We respectfully ask the Court for 90 days to obtain new counsel and thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                    Ephraim Weissmandl and Rivka Weismandl
                                    26 Parker Boulevard, Monsey, New York 10952

cc: Attorney Marzolla 845-353-2789
    Attorney Parisi 914-683-6956

