MARK W. BLANCHARD
PARTNER

KRISTEN K. WILSON
PARTNER
*Also admitted in CT

ALAN H. ROTHSCHILD
OF COUNSEL

DENNIS E.A. LYNCH
OF COUNSEL



## BLANCHARD & WILSON LLP

235 Main Street / Suite 330 / White Plains, NY 10601
P (914) 461-0280  F (914) 461-2369
BlanchardWilson.com

July 8, 2019

Hon. Vincent L. Briccetti
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

       Re: Weissmandl v. County of Rockland
          Docket No. 18-cv-6743 (VLB)

Dear District Judge Briccetti:

    At the last Court Conference before Your Honor, you asked Counsel to submit a joint letter on Settlement efforts and proceeding before a Magistrate Judge. This is that joint letter.

    Both Counsel for both Plaintiffs and Defendants have actively pursued proposed Settlement of this litigation. More specifically, just last week both Counsel considered generally the establishment of procedures that would be the basis for a So Ordered Stipulation of Settlement. Presently, specifics are being proposed and both Counsel should know in approximately 30 days if such a Settlement is likely to occur. Both Counsel will keep the Court informed of the progress in that regard. While the path to Settlement is not a certainty, both Counsel are encouraged at the potential for an amicable resolution.

    Finally, on the issue of consent for all matters to be heard and tried before the Magistrate Judge, the Plaintiffs consent to the same, but the Defendants do not,

                          Respectfully submitted,

                          Dennis E. A. Lynch, Of Counsel

cc:   Attorney Matthew Parisi