

**MARK W. BLANCHARD**
PARTNER

**KRISTEN K. WILSON**
PARTNER
*Also admitted in CT*

# BLANCHARD & WILSON LLP

**ALAN H. ROTHSCHILD**
OF COUNSEL

**DENNIS E.A. LYNCH**
OF COUNSEL

235 Main Street / Suite 330 / White Plains, NY 10601
P (914) 461-0280  F (914) 461-2369
BlanchardWilson.com

August 12, 2019

Hon. Vincent L. Briccetti
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

       Re: Weissmandl v. County of Rockland
       Docket No. 18-cv-6743 (VLB)

Dear District Judge Briccetti:

  This letter is to update the Court on Settlement efforts. This letter is slightly delayed as it was my hope that I could report that the matter is settled. Nevertheless, both Counsel are assiduously working toward a settlement. Proposed procedures have been provided to the County by the Plaintiffs. The County is actively considering them at this time. While prediction of future events is impossible, I am confident that I will report to Your Honor within 30 days that this matter is settled. Should the Court have any questions, I am available at your convenience.

          Respectfully submitted,

          Dennis E. A. Lynch, Of Counsel

cc: Attorney Matthew Parisi