MARK W. BLANCHARD
PARTNER

KRISTEN K. WILSON
PARTNER
*Also admitted in CT*

**BLANCHARD & WILSON LLP**

ALAN H. ROTHSCHILD
OF COUNSEL

DENNIS E.A. LYNCH
OF COUNSEL

235 Main Street / Suite 330 / White Plains, NY 10601
P (914) 461-0280  F (914) 461-2369
BlanchardWilson.com

August 12, 2019

Hon. Vincent L. Briccetti
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2019
```

Re: Weissmandl v. County of Rockland
Docket No. 18-cv-6743 (VLB)

Dear District Judge Briccetti:

This letter is to update the Court on Settlement efforts. This letter is slightly delayed as it was my hope that I could report that the matter is settled. Nevertheless, both Counsel are assiduously working toward a settlement. Proposed procedures have been provided to the County by the Plaintiffs. The County is actively considering them at this time. While prediction of future events is impossible, I am confident that I will report to Your Honor within 30 days that this matter is settled. Should the Court have any questions, I am available at your convenience.

Respectfully submitted,

Dennis E.A. Lynch, Of Counsel

cc: Attorney Matthew Parisi

---

By 9/13/2019, counsel shall submit a stipulation and proposed order of dismissal or further joint update regarding settlement.

SO ORDERED

Vincent L. Briccetti, U.S.D.J., 8/14/2019