IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(White Plains Division)

EPHRAIM WEISSMANDL, RIVKA WEISSMANDL AND CHAMPION DC, INC.,

Plaintiffs,

- against -

THE COUNTY OF ROCKLAND, THE COUNTY OF ROCKLAND HEALTH DEPARTMENT, EDWIN J. DAY, as Rockland County Executive, PATRICIA S. RUPPERT, DO, MHP, CEP, DAMFM, FAA, as Commissioner, JOHN G. STOUGHTON, As Senior Public Health Sanitarian and "JOHN DOES AND JANE DOES 1-10",

Defendants.

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. The parties have separately considered and agreed to aspirational goals dated September 18, 2019. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 18, 2019

BLANCHARD & WILSON

By: _____
Dennis Lynch, Esq.
*Attorneys for Plaintiff*
235 Main Street, Suite 330
White Plains, NY 10601
Telephone: (914) 461-0280

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Matthew G. Parisi, Esq.
*Attorneys for Defendant*
One North Lexington Avenue
White Plains, NY 10601
Telephone: (914) 949-2700

66068